FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIROYUKI TAKEUCHI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FREDDIE MAC MULTICLASS CERTIFICATES, SERIES 3484, a Business Entity Form Unknown; FREDDIE MAC, CITI MORTGAGE, INC. a New York Corporation; CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 8:12-cv-01297-AG-AN<br><br>**JUDGMENT ~~OF DISMISSAL~~ IN FAVOR OF DEFENDANTS AFTER ORDER GRANTING MOTION TO DISMISS WITHOUT LEAVE TO AMEND** |

The Court, having on September 26, 2012, granted Defendants CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation's Motion to Dismiss Complaint,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. ~~The Complaint is hereby dismissed WITH PREJUDICE in its entirety~~ JUDGMENT IS ENTERED AGAINST PLAINTIFF ~~and~~ AND FOR ALL DEFENDANTS.

2. Plaintiff Hiroyuki Takeuchi takes nothing against all the Defendants

Dated: OCT 11, 2012

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE